UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RYAN PFLIPSEN,

    *Plaintiff*,

v.

FRIS CHKN, LLC d/b/a
CHURCH'S-TAKE OUT,

    *Defendant*.

Case No. 5:20-cv-01213-OLG

## JOINT NOTICE OF SETTLEMENT

Ryan Pflipsen, Plaintiff, and Fris Chkn, LLC d/b/a Church's-Take Out, Defendant, respectfully notify the Court that they have agreed to settle this matter. Accordingly, the parties request that the Court postpone all activities in this case for at least 45 days to allow the parties to finalize and fund the settlement and file appropriate dismissal papers.

Dated: February 12, 2021

Respectfully submitted,

/s/ Dennis R. Kurz
Dennis R. Kurz
**Kurz Law Group, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA  30330
dennis@kurzlawgroup.com

**ATTORNEYS FOR PLAINTIFF**

/s/Brian S. Jones
BRIAN S. JONES
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 fax
b.jones@boselaw.com

**ATTORNEYS FOR CARNOW
ACCEPTANCE CORPORATION
d/b/a CNAC**