FILED
February 25, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| RYAN PFLIPSEN, § § § *Plaintiff*, § § v.  § § FRIS CHKN, LLC d/b/a CHURCH'S- § TAKE OUT, § § *Defendant*. § | No. SA-20-CV-01213-OLG |

## ORDER ADMINISTRATIVELY CLOSING CASE

On February 12, 2021, the parties filed a notice advising the Court that the parties had reached a settlement (*see* docket no. 13).  Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order.  If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this  25th  day of February, 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge